**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|   |   |   |
|---|---|---|
| **MICHAEL EARNEST GRAHAM** | : | **CHAPTER 13** |
|   | : |   |
| Debtor(s) | : | No. 18-18113 elf |

### ORDER

AND NOW, this  27th  day of December 2018, the Court having considered the Debtor's Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time to **January 7, 2019**, within which to file all required documents.

_____
ERIC L FRANK
United States Bankruptcy Judge