# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-18113-ELF

MICHAEL EARNEST GRAHAM

28 ALDER LANE

LEVITTOWN, PA 19055

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL EARNEST GRAHAM

    28 ALDER LANE

    LEVITTOWN, PA 19055

Counsel for debtor(s), by electronic notice only.

    MICHELE PEREZ CAPILATO
    500 OFFICE CENTER DR
    SUITE 400
    FORT WASHINGTON, PA 19034

Date: 3/29/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee