UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL EARNEST GRAHAM** | : | **CHAPTER 13** |
| | : | |
| | : | |
| **Debtor** | : | **No. 18-18113 elf** |

## CERTIFICATE OF SERVICE

I, Michele Perez Capilato, do hereby certify that I served a true and correct copy of the

foregoing Amended Plan was sent via First Class mail, unless otherwise noted, to the following

parties:

Michael Earnest Graham
28 Alder Lane
Levittown, PA 19055

William C. Miller (esquire)
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Bank Of America
POB 31785
Tampa, FL 33631-3785

Citicards
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Daniel Santucci, Esquire
1 International Plaza
5th Floor
Philadelphia, PA 19111

Discover Financial
Po Box 3025
New Albany, OH 43054

Haynes Home Furnishing
Attention: Legal
5324 Virginia Beach Boulevard
Virginia Beach, VA 23462

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Michael J. Dougherty, Esquire
170 S Independence Mall West
Suite 874 West
Philadelphia, PA 19106

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Midland Funding LLC

POB 2011  
Warren, MI 48090

Portfolio Recovery  
Po Box 41067  
Norfolk, VA 23541

Rebecca A Solarz, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532

Dated: May 6, 2019  <u>/s/ Michele Perez Capilato</u>  
Michele Perez Capilato, Esquire  
Identification No. 90438  
500 Office Center Drive, Suite 400  
Fort Washington, PA 19034  
(267) 513-1777  
Fax 1(866) 535-8160  
michelecapilatolaw@gmail.com

Attorney for Debtor