# EXHIBIT B

♡ Save    ⇗ Share    ○○○ More

## $189,900   3 bd | 1 ba | 1,200 sqft

**28 Alder Ln, Levittown, PA 19055**

For sale    Zestimate®: $189,457

Est. payment: $1,061/mo    Get pre-qualified

[ Contact Agent ]

## Overview

| Time on Zillow | Views | Saves |
|---|---|---|
| **16 days** | **2,571** | **173** |