UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Michael Earnest Graham
Bankruptcy No. 18-18113ELF
Adversary No.
Chapter        13

Date:   May 13, 2019

To:     Michele Perez Capilato, Esq.

## NOTICE OF INACCURATE FILING

Re:  Notice of Motion

The above pleading was filed in this office on **May 10, 2019.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and case number are missing
- ( )  Wrong PDF document attached
- ( )  PDF document  not legible
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing
- **(x)  Other: Hearing date on PDF does not match the hearing date in docket entry.**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Paul A. Puskar**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04