# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Earnest Graham <br>                 Debtor(s) <br><br> BANK OF AMERICA, N.A., its successors and/or assigns <br>                 Movant <br>    vs. <br><br> Michael Earnest Graham <br>                 Debtor(s) <br><br> William C. Miller Esq. <br>                 Trustee | CHAPTER 13 <br><br><br> NO. 18-18113 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, N.A., which was filed with the Court on or about **February 4, 2019, docket number 18**.

                                            Respectfully submitted,

                                         By: **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322
                                              Attorney for Movant/Applicant

May 16, 2019