**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **MICHAEL EARNEST GRAHAM** | : | **CHAPTER 13** |
|  | : |  |
|  | : |  |
| **Debtor(s)** | : | **No. 18-18113 elf** |

## CERTIFICATE OF NO OBJECTION

     COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor(s), and hereby certifies that **no objection** to the Motion for Approval of Compensation (Application for Compensation), has been received as of this date, after being served upon interested parties on April 20, 2019.

May 21, 2019                                    Respectfully Submitted,

                                                        /s/Michele Perez Capilato
                                                        Michele Perez Capilato, Esquire
                                                        Attorney I.D.  No.  90438
                                                        500 Office Center Drive, Suite 400
                                                        Fort Washington, PA 19034
                                                        (267) 513-1777
                                                        Fax 1(866) 535-8160
                                                        michelecapilatolaw@gmail.com