**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **MICHAEL EARNEST GRAHAM** | **:** | **CHAPTER 13** |
|  | **:** |  |
|  | **:** |  |
| **Debtor(s)** | **:** | **No. 18-18113 elf** |

## CERTIFICATE OF NO OBJECTION

     COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor(s), and hereby certifies that **no objection** to the Motion to Sell Property Free and Clear of Liens has been received as of this date, after being served upon interested parties on May 10, 2019.

May 25, 2019                                                                      Respectfully Submitted,

                                                                                              /s/Michele Perez Capilato
                                                                                              Michele Perez Capilato, Esquire
                                                                                              Attorney I.D.  No.  90438
                                                                                              500 Office Center Drive, Suite 400
                                                                                              Fort Washington, PA 19034
                                                                                              (267) 513-1777
                                                                                              Fax 1(866) 535-8160
                                                                                              michelecapilatolaw@gmail.com