# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE

**MICHAEL EARNEST GRAHAM** : **CHAPTER 13**

Debtor(s) : No. 18-18113 elf

## ORDER

AND NOW, this 28th day of May 2019, upon consideration of Debtor's Motion to Sell Property located at 28 Alder Lane, Levittown, PA 19055 free and clear of liens and encumbrances; upon the mailing of due notice of hearing to all creditors of Debtor, and after opportunity for hearing, the Court finds that it is in the best interest of the estate that the said Property should be sold; THEREFORE, it is

**ORDERED** that Debtor is hereby authorized to sell the real property at 28 Alder Lane, Levittown, PA 19055, free and clear of liens, encumbrances, and other interests, pursuant to the terms and conditions of the Agreement of Sale dated April 28, 2019 *and pursuant to 11 USC §362(b)*.

It is **FURTHER ORDERED** that the proceeds of the sale shall be distributed ~~in the following order of priority:~~ *as follows*:

a) ~~Seller may employ PA Licensed Broker, Kelly Krimmel of Keller Williams – Bucks County South, and may pay commissions and the usual and customary costs of settlement paid by sellers pertaining to the transfer of residential real estate in Bucks County, Pennsylvania;~~

b) All real estate taxes and other obligations owed by the Debtor that are a lien on the Property pursuant to the law of the Commonwealth of Pennsylvania or any of its political subdivisions or agencies; *and any other liens of record.*

c) Payment in full to Bank of America, NA, subject to proper payoff quote at the time of closing as to satisfy their mortgage on the Property ~~(Closing is required within 30 days of the payoff quote date or a new payoff is required within 30 days of closing)~~

d) ~~Payment in the amount of $850.00 to Debtor's counsel, Michele Perez Capilato, Esquire, for fees in connection with filing the within motion, for which court approval is hereby granted;~~

e) All remaining proceeds shall be paid to the Chapter 13 Trustee toward Debtor's obligations under his proposed Chapter 13 Plan.

It is **FURTHER ORDERED** that there is no automatic stay of orders or waiting period associated with this Order and closing scheduled for May 29, 2019, or at a later date, agreed upon by all parties, shall proceed without delay.

BY THE COURT:

*Eric L. Frank*
U.S.B.J.