| American Land Title Association | ALTA Settlement Statement - Seller |
| --- | --- |
| | Adopted 05-01-2015 |

| | |
| --- | --- |
| **File No./Escrow No.:** BCA-4316-FA | **Bucks County Abstract Services, LLC** |
| **Print Date & Time:** 05/29/2019 09:04 AM | **584 Middletown Blvd, Suite A-50** **Langhorne, PA  19047** |
| **Officer/Escrow Officer:** | |
| **Settlement Location:** 584 Middletown Blvd, Suite A-50, Langhorne, PA  19047 | |

| | |
| --- | --- |
| **Property Address:** | 28 Alder Lane, Levittown, PA 19055 |
| **Buyer:** | Angel L. Velazquez, Jr. |
| **Seller:** | Michael E. Graham |
| **Lender:** | United Wholesale Mortgage |
| **Settlement Date:** | 5/29/2019  3:00 PM |
| **Disbursement Date:** | 5/29/2019 |
| **Additional dates per state requirements:** | |

| Description | Seller | |
| --- | --- | --- |
| | **Debit** | **Credit** |
| **Financial** | | |
| Sales Price of Property | | $192,500.00 |
| Seller Credit | $9,625.00 | |
| **Prorations/Adjustments** | | |
| City/Town Taxes from 5/29/2019 to 12/31/2019 | | $622.42 |
| Water/sewer from 5/29/2019 to 5/31/2019 | | $2.97 |
| School Taxes from 5/29/2019 to 6/30/2019 | | $263.05 |
| **Title Charges & Escrow / Settlement Charges** | | |
| Notary/Admin Fee | $30.00 | |
| **Commission** | | |
| Real Estate Commission Buyers Broker to Keller Williams Real Estate - Langhorne | $3,850.00 | |
| Real Estate Commission Sellers Broker to Keller Williams Real Estate | $3,850.00 | |
| **Government Recording and Transfer Charges** | | |
| State Tax/stamps to Paramount Property Search  Inc. | $1,925.00 | |
| **Payoff(s)** | | |
| Lender: Payoff of First Mortgage Loan to Bank of America     Principal Balance as of 5/29/2019 $139,194.15        Interest on Payoff Loan: 1 days @ $20.87/day for $20.87 | $139,215.02 | |
| **Miscellaneous** | | |
| Flat Commission to Keller Williams Real Estate | $165.00 | |
| Courier/Wire Fee-Payoff to Bucks County Abstract  - Business | $30.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

BCA-4316-FA

Printed On:  05/29/2019 09:04 AM EST

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| Deed Preparation to Bucks County Abstract - Business | $95.00 | |
| Cert reimbursement to Bucks County Abstract - Business | $155.00 | |
| Electrical Cert to Tracey Langan | $120.00 | |
| Chimney Cert to Pickwick & Poppins | $132.50 | |

| | Debit | Credit |
|---|---|---|
| **Subtotals** | $159,192.52 | $193,388.44 |
| Due From Borrower | | |
| Due To Seller | $34,195.92 | |
| **Totals** | **$193,388.44** | **$193,388.44** |

### Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize  to cause the funds to be disbursed in accordance with this statement.

_____

Michael E. Graham

_____

Escrow Officer

Copyright 2015 American Land Title Association.

All rights reserved.

BCA-4316-FA