**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE**

                                  **:       CHAPTER 13**

**MICHAEL EARNEST GRAHAM    :**

                                  **:**

          **Debtor(s)     :       No. 18-18113 elf**

**<u>PRAECIPE TO WITHDRAW DOCUMENT</u>**

TO THE CLERK OF THE BANKRUPTCY COURT:

COMES NOW, MICHAEL EARNEST GRAHAM, the above-captioned Debtor, by and through counsel of record herein, Michele Perez Capilato, Esquire, and respectfully requests that Docket entry No. 45, Amended Proposed Order re:  Motion to Sell, be WITHDRAWN.

Dated:  May 29, 2019           MICHELE PEREZ CAPILATO, ESQUIRE

<u>/s/ Michele Perez Capilato</u>
Michele Perez Capilato, Esquire
I.D. No. 90438
Attorney for Debtor
500 Office Center Drive
Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1 (866) 535-8160
perezcapilatolaw@yahoo.com
Attorney for Debtor