## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**

|  |  |  |
|---|---|---|
|  | : | **CHAPTER 13** |
| **MICHAEL EARNEST GRAHAM** | : |  |
|  | : |  |
| **Debtor(s)** | : | **No. 18-18113 elf** |

## AMENDED ORDER

AND NOW, this      day of      2019, upon consideration of Debtor's Motion to Sell Property located at 28 Alder Lane, Levittown, PA 19055 free and clear of liens and encumbrances; upon the mailing of due notice of hearing to all creditors of Debtor, and after opportunity for hearing, the Court finds that it is in the best interest of the estate that the said Property should be sold; THEREFORE, it is

**ORDERED** that Debtor is hereby authorized to sell the real property at 28 Alder Lane, Levittown, PA 19055, free and clear of liens, encumbrances, and other interests, pursuant to the terms and conditions of the Agreement of Sale dated April 28, 2019 and pursuant to 11 USC 362(b).

It is **FURTHER ORDERED** that the proceeds of the sale shall be distributed as follows:

a) Seller may employ PA Licensed Broker, Kelly Krimmel of Keller Williams – Bucks County South and pay the usual and customary costs of settlement pertaining to the transfer of residential real estate in Bucks County Pennsylvania, with the exception of said Broker's commissions;

b) All real estate taxes and other obligations owed by the Debtor that are a lien on the Property pursuant to the law of the Commonwealth of Pennsylvania or any of its political subdivisions or agencies;

c) Payment in full to Bank of America, NA, subject to proper payoff quote at the time of closing as to satisfy their mortgage on the Property, and any other liens of record;

d) All remaining proceeds shall be made payable to William C. Miller, Trustee, and mailed to P.O. Box 1799, Memphis, TN 38101-1799, with Debtor's Name and Case No. 18-18113 indicated on the payment;

e) Upon application by Broker, and subsequent court approval, the Chapter 13 Trustee shall pay commissions to Broker from the Chapter 13 Plan funds on hand.

It is **FURTHER ORDERED** that there is no automatic stay of orders or waiting period associated with this Order and closing scheduled for May 29, 2019, or at a later date, agreed upon by all parties, shall proceed without delay.

BY THE COURT:

_____
Eric L. Frank

United States Bankruptcy Judge

**cc:**
Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Michael Earnest Graham
28 Alder Lane
Levittown, PA 19055

William C. Miller (esquire)
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Bank Of America
POB 31785
Tampa, FL 33631-3785

Citicards
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Daniel Santucci, Esquire
1 International Plaza
5th Floor
Philadelphia, PA 19111

Discover Financial
Po Box 3025
New Albany, OH 43054

Haynes Home Furnishing
Attention: Legal
5324 Virginia Beach Boulevard
Virginia Beach, VA 23462

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Michael J. Dougherty, Esquire
170 S Independence Mall West
Suite 874 West
Philadelphia, PA 19106

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Midland Funding LLC
POB 2011
Warren, MI 48090

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

Rebecca A Solarz, Esquire

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532