**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL EARNEST GRAHAM** | : | **CHAPTER 13** |
| | : | |
| | : | |
| **Debtor** | : | **No. 18-18113 elf** |

**AMENDED NOTICE OF APPLICATION FOR COMPENSATION BY DEBTOR'S COUNSEL**

TO THE DEBTOR, TRUSTEE, ALL CREDITORS AND ALL PARTIES IN INTEREST:

NOTICE IS GIVEN:

    1. That, MICHELE PEREZ CAPILATO, ESQUIRE, attorney for the Debtor has filed an Application for Compensation and Reimbursement of Expenses with the United States Bankruptcy Court seeking approval of Counsel fees and expenses in total sum of $4,850.00 for essential bankruptcy services performed.

    2. That the above listed Application for Allowance of Compensation along with supporting documentation is on file with the clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107 and is available there for inspection.

    3. That any Answer, Objection or responsive pleading with respect to the aforesaid Application must be filed within twenty-one (21) days of the date of this notice.

    4. That in the absence of any Answer, Objection or responsive pleading the Debtor's counsel will certify that this Application is unopposed and that an Order may be signed granting the relief requested.

Date:  September 7, 2019

    /s/ Michele Perez Capilato
    Michele Perez Capilato, Esquire
    Identification No. 90438
    500 Office Center Drive, Suite 400
    Fort Washington, PA 19034
    (267) 513-1777
    Fax: 1(866) 535-8160
    michelecapilatolaw@gmail.com