**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE

                                               :        **CHAPTER 13**

**MICHAEL EARNEST GRAHAM**    :

                                               :

                **Debtor(s)**             :        **No. 18-18113 elf**

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

      **Keller Williams, through their agents, Kelly Krimmel and Tracey Langan,** have filed an **Application to Approve Broker Fees**.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

      1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion then on or before **October 14, 2019**, you or your attorney must do <u>all</u> of the following:

          (a) file an objection explaining your position at:

              Clerk's Office
              United States Bankruptcy Court
              Robert N.C. Nix Building, 4th Floor
              900 Market Street
              Philadelphia, PA 19107

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

          (b) mail a copy to the movant's attorney:

              Michele Perez Capilato, Esquire
              Law Offices of Michele Perez Capilato
              500 Office Center Drive, Suite 400
              Fort Washington, PA 19034
              phone: (267) 513-1777
              fax: 1(866) 535-8160

      2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.  A hearing on the motion is scheduled to be held before the **Honorable Eric L. Frank** on **October 29, 2019, at 1:00 p.m. in Courtroom #1**, United States Bankruptcy Court, Robert N.C. Nix Building, 2nd Floor, 900 Market Street, Philadelphia, PA 19107.

Case 18-18113-elf    Doc 71    Filed 09/29/19    Entered 09/29/19 18:22:30    Desc Main
Document    Page 2 of 2

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an objection.

Dated: September 29, 2019          /s/ Michele Perez Capilato
                                              Michele Perez Capilato, Esquire