**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | **:** | **CHAPTER 13** |
| **MICHAEL EARNEST GRAHAM** | **:** |  |
|  | **:** |  |
| **Debtor(s)** | **:** | **No. 18-18113 elf** |

## CERTIFICATE OF NO OBJECTION

_____COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor(s), and hereby certifies that **no objection** to the Application to Approve Broker Fee has been received as of this date, after being served upon interested parties on September 29, 2019.

October 16, 2019                    Respectfully Submitted,

/s/Michele Perez Capilato
Michele Perez Capilato, Esquire
Attorney I.D.  No.  90438
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1(866) 535-8160
michelecapilatolaw@gmail.com