**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| **MICHAEL EARNEST GRAHAM** | : | |
| **Debtor(s)** | : | **No. 18-18113 elf** |

## AMENDED ORDER

AND NOW, this __28th__ day of __October__ 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is **ALLOWED** $4,850.00 as compensation.  Trustee is authorized to pay the unpaid balance thereof, the sum of $3,750.00 from the estate to the extent provided for by the Confirmed Plan.

_____
Eric L. Frank
United States Bankruptcy Judge

Citicards
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Daniel Santucci, Esquire
1 International Plaza
5th Floor
Philadelphia, PA 19111

Discover Financial
Po Box 3025
New Albany, OH 43054

Haynes Home Furnishing
Attention: Legal
5324 Virginia Beach Boulevard
Virginia Beach, VA 23462

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Michael J. Dougherty, Esquire
170 S Independence Mall West
Suite 874 West
Philadelphia, PA 19106

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541

Keller Williams Real Estate
584 Middleton Blvd
Suite A-50
Langhorne, PA 19047