United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-18113-elf
Michael Earnest Graham  Chapter 13
   Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: John   Page 1 of 1   Date Rcvd: Oct 28, 2019
   Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
db   #+Michael Earnest Graham,    28 Alder Lane,    Levittown, PA 19055-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg   +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 29 2019 03:12:53     U.S. Attorney Office,
      c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
   TOTAL: 1

   ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
      MICHELE PEREZ CAPILATO    on behalf of Debtor Michael Earnest Graham perezcapilatolaw@yahoo.com,
       michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
   TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| **MICHAEL EARNEST GRAHAM** | : | |
| | : | |
| Debtor(s) | : | No. 18-18113 elf |

## AMENDED ORDER

AND NOW, this 28th day of October 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is **ALLOWED** $4,850.00 as compensation. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,750.00 from the estate to the extent provided for by the Confirmed Plan.

_____
Eric L. Frank
United States Bankruptcy Judge

Citicards
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Daniel Santucci, Esquire
1 International Plaza
5th Floor
Philadelphia, PA 19111

Discover Financial
Po Box 3025
New Albany, OH 43054

Haynes Home Furnishing
Attention: Legal
5324 Virginia Beach Boulevard
Virginia Beach, VA 23462

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Michael J. Dougherty, Esquire
170 S Independence Mall West
Suite 874 West
Philadelphia, PA 19106

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541

Keller Williams Real Estate
584 Middleton Blvd
Suite A-50
Langhorne, PA 19047