UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| MICHAEL EARNEST GRAHAM | : | |
| | : | |
| Debtor(s) | : | No. 18-18113 elf |

ORDER

AND NOW, this 31st day of October 2019, upon consideration of the Application to Approve Broker Fees, it is hereby **ORDERED** that Keller Williams Real Estate is **ALLOWED** $9,625.00 as compensation in connection with the sale of 28 Alder Lane, Levittown, PA.  The Trustee is authorized to pay the sum of $9,625.00 as an administrative expense pursuant to 503(b)(1)(A)(i).

_____
Eric L. Frank
United States Bankruptcy Judge