```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                         Case No. 18-18113-elf
Michael Earnest Graham                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 1            Date Rcvd: Oct 31, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db              #+Michael Earnest Graham,   28 Alder Lane,   Levittown, PA 19055-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
          MICHELE PEREZ CAPILATO    on behalf of Debtor Michael Earnest Graham perezcapilatolaw@yahoo.com,
           michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| **MICHAEL EARNEST GRAHAM** | : | |
| | : | |
| Debtor(s) | : | No. 18-18113 elf |

ORDER

AND NOW, this 31st day of October 2019, upon consideration of the Application to Approve Broker Fees, it is hereby **ORDERED** that Keller Williams Real Estate is **ALLOWED** $9,625.00 as compensation in connection with the sale of 28 Alder Lane, Levittown, PA. The Trustee is authorized to pay the sum of $9,625.00 as an administrative expense pursuant to 503(b)(1)(A)(i).

_____
Eric L. Frank
United States Bankruptcy Judge