**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL EARNERT GRAHAM** | : | **CHAPTER 13** |
| | : | |
| | : | |
| **Debtor** | : | **No. 18-18113 elf** |

## DEBTOR'S PRAECIPE TO CHANGE ADDRESS

TO THE CLERK OF THE BANKRUPTCY COURT:

COMES NOW, Michael Earnest Graham, the above-captioned Debtor, by and through counsel of record herein, Michele Perez Capilato, Esquire, and respectfully requests that Debtor's mailing address of record be changed as follows:

>332 Hilltop Road
>West Decatur, PA 16878

Dated: November 30, 2020                MICHELE PEREZ CAPILATO, ESQUIRE

/s/ Michele Perez Capilato
Michele Perez Capilato, Esquire
I.D. No. 90438
Attorney for Debtor
500 Office Center Drive
Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1 (866) 535-8160
Attorney for Debtor